**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CHANCE GOBLE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 08-CR-382 OWW |
|---|---|
| PLAINTIFF, | |
| | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |
| CHANCE GOBLE, | |
| DEFENDANT. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER, AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, CHANCE GOBLE by and through his attorney of record, DAVID A. TORRES hereby requests that the status conference currently set for January 12, 2009 be continued to February 2, 2009 at 1:30.m., or a date convenient to court and counsel.

   This is a mutual request between Assistant United States Attorney, Kimberly Sanchez and is joined by counsel for defendant. Mr. Goble is an inpatient at the West Care facility. My investigator, Robert Gonzalez, is scheduled to meet with Mr. Goble to review the discovery for this case. I am requesting additional time to complete the investigation in this matter.

   Based upon the foregoing, I respectfully request that this matter be continued to February 2, 2009.

1 | The parties also agree that the delay resulting from the continuance shall be excluded in
2 | the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).
3 |
4 |
5 | Dated: January 7, 2009 /s/ David A. Torres
DAVID A. TORRES
6 | Attorney for Defendant
AMEN ALI
7 |
McGREGOR W. SCOTT
8 | United States Attorney
9 | Dated: January 7, 2009 By /s/ Kimberly Sanchez
KIMBERLY SANCHEZ
10 | Assistant U.S. Attorney

Stipulation and Proposed Order to Continue Status Conference    2

**ORDER**

1

2   IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).                                                                 IT IS SO
3   ORDERED.

4   **Dated:**   **January 8, 2009**          /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation and Proposed Order to Continue Status Conference   3