**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CHANCE GOBLE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　PLAINTIFF,<br><br>CHANCE GOBLE ,<br>　　　　　　　　　　　DEFENDANT. | Case No.: 08-cr-00382 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, CHANCE GOBLE by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for March 16, 2009 be continued to April 27, 2009 at 9:00 a.m., or a date convenient to court and counsel.

　　This is a mutual request between Assistant United States Attorney, Laurel Montoya and is joined by counsel for the defendant. The purpose for the continuance is to provide additional information to the court.

　　Based upon the foregoing, I respectfully request that this matter be continued to April 27, 2009.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: March 11, 2009

/s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
CHANCE GOBLE

McGREGOR W. SCOTT
United States Attorney

Dated: March 11, 2009

By /s/ Laurel Montoya
LAUREL MONTOYA
Assistant U.S. Attorney

Stipulation and Proposed Order to Continue Status Conference   2

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).            IT IS SO ORDERED.

Dated:   **March 11, 2009**        **/s/ Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE