**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CHANCE GOBLE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  PLAINTIFF,<br><br>CHANCE GOBLE ,<br>  DEFENDANT. | Case No.: 08-CR-00382 OWW<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

    Defendant hereby requests a Court Order waiving his appearance at his Status Conference Hearing scheduled for June 29, 2009 at 9:00 a.m.

    Defendant resided in Bakersfield, California and it would be a financial hardship for him to travel to Fresno, California for the scheduled hearing. For this reason, it is in the interest of justice to waive his presence at the upcoming Status Conference Hearing.

    Defendant hereby waives his appearance at the Status Conference Hearing on June 29, 2009 at 9:00 a.m. and requests the Court to proceed during his absence and agrees that his interest will be deemed the same as if he was personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Date: June 26, 2009

/s/David A. Torres                                               /s/ Chance Goble
Counsel for Defendant                                        Chance Goble

# ORDER

GOOD CAUSE APPEARING, it is hearby ordered that the defendant's appearance may be waived on June 29, 2009.

IT IS SO ORDERED.

**Dated:   June 26, 2009**                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE