**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CHANCE GOBLE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br><br>CHANCE GOBLE ,<br>    DEFENDANT. | Case No.: 08-CR-00382 OWW<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

 Defendant hereby requests a Court Order waiving his appearance at his Change of Plea Hearing scheduled for August 24, 2009 at 1:30 p.m.

 Defendant resides in Bakersfield, California. Mr. Goble is enrolled at Bakersfield College and classes begin on August 24, 2009.  If Mr. Goble misses his first day attendance,  he will be dropped from all his classes.   For this reason, it is in the interest of justice to waive his presence at the upcoming Change of Plea Hearing..

 Defendant hereby waives his appearance at the Status Conference Hearing on August 24, 2009 at 1:30 p.m. and requests the Court to proceed during his absence and agrees that his interest will be deemed the same as if he was personally present.  This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Date: August 14, 2009

| /s/David A. Torres | /s/ Chance Goble |
|---|---|
| Counsel for Defendant | Chance Goble |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on August 24, 2009.

IT IS SO ORDERED.

**Dated:   August 14, 2009**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE