1 **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar №. 135059)
2 1318 "K Street
Bakersfield, CA 93301
3 Tel.: (661) 326-0857

4 Attorney for: CHANCE GOBLE,

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | №. 08-CR-00382 OWW |
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | |
| CHANCE GOBLE , | |
| DEFENDANT. | |

Defendant, CHANCE GOBLE, by and through his attorney of record, DAVID A. TORRES and KIMBERLY A. SANCHEZ of the United States Attorney's Office, hereby stipulate that the Change of Plea hearing set for August 24, 2009 be continued to September 14, 2009 at 9:00 A.M. before Senior Judge Oliver W Wanger.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A). The reason for the continuance is to request additional time to confer with my client regarding the contents of the plea agreement .

///
///
///
///
///

1

1 | DATED: August 20, 2009

2 |                                    By      /s/ David A. Torres
                                               DAVID A. TORRES
3 |                                            Attorney for Defendant,
                                               [Defendant's name (upper)]
4 |

5 | DATED: August 20, 2009
                                       By      /s/   Kimberly A. Sanchez
6 |                                            [US Attorney (upper)]
                                               Assistant U.S. Attorney,
7 |                                            Attorney for Plaintiff

8 |

9 |                              **ORDER**

10 |

11 |        IT IS SO ORDERED.  Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161

12 | (h)(8)(A).

13 |

...

25 | IT IS SO ORDERED.

26 | **Dated:  August 20, 2009**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE
27 |

28 |