# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**
SEP 0 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No. 1:08-CR-00382-1
Chance Joseph Goble )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Chance Joseph Goble__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

You shall seek and/or maintain employment, or an educational program, or combination of both, and provide proof thereof to the Pretrial Services Officer upon request;

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Signature of Defendant_   Date: 8/17/09
_Pretrial Services Officer_   Date: 9/4/2009

I have reviewed the conditions and concur that this modification is appropriate.

_Signature of Assistant United States Attorney_   Date: 9/4/09

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Signature of Defense Counsel_   Date: 8/20/09

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on 9-8-09
[ ] The above modification of conditions of release is *not* ordered.

_Signature of Judicial Officer_   9-8-09   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services