**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CHANCE GOBLE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              PLAINTIFF,<br><br>CHANCE GOBLE ,<br><br>                              DEFENDANT. | Case No.: 08-CR-00382 OWW<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER THEREON** |

Defendant hereby requests a Court Order waiving his appearance at his Trial Confirmation Hearing scheduled for February 16, 2010 at 9:00 a.m.

Counsel for Defendant Chance Goble is unavailable on February 16, 2010.  Counsel appearing will ask the court to set the Change of Plea on February 22, 2010.  For this reason, it is in the interest of justice to waive his presence at the upcoming Trial Confirmation Hearing..

Defendant hereby waives his appearance at the Trial Confirmation Hearing on February 16, 2010 at 9:00 a.m. and requests the Court to proceed during his absence and agrees that his interest will be deemed the same as if he was personally present.  This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Date: February 11, 2010

          /s/David A. Torres
          Counsel for Defendant

          /s/ Chance Goble
          Chance Goble

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on February 16, 2010.

DATED: February 11, 2010

          /s/ OLIVER W. WANGER
          Oliver W. Wanger
          United States District Judge