**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar №. 135059)
1318 "K Street
Bakersfield, CA 93301
Tel.: (661) 326-0857

Attorney for: CHANCE GOBLE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　PLAINTIFF,<br><br>v.<br><br>CHANCE GOBLE,<br>　　　　　DEFENDANT. | №. 1:08 CR 00382 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND KIMBERLY A. SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

　　　COMES NOW defendant, CHANCE GOBLE by and through his attorney of record, DAVID A. TORRES hereby request that the Sentencing date currently set for June 28, 2010 be continued to August 23, 2010 at 9:00 a.m. or a date convenient to the court and counsel.

　　　Mr. Goble commenced summer session at Bakersfield College and it will end on July 29, 2010. Secondly, I am scheduled to attend the National Criminal Defense College in Macon, Georgia from July 18, 2010 through July 31, 2010 and will not be available.

　　　Based upon the foregoing, I respectfully request that this matter be continued to August 23, 2010.

1

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

DATED: June 16, 2010

By    /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant,
Chance Goble

DATED: June 16, 2010

By    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney,
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A).

IT IS SO ORDERED.

**Dated: June 18, 2010**         **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

2