1  **LAW OFFICE OF DAVID A. TORRES**
   Attorney at Law (State Bar №. 135059)
2  1318 "K Street
   Bakersfield, CA 93301
3  Tel.: (661) 326-0857
   lawtorres@aol.com
4
   Attorney for: CHANCE GOBLE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | №. 1:08 CR 00382 OWW |
|---|---|
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| CHANCE GOBLE, | |
| DEFENDANT. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND KIMBERLY A. SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW defendant, CHANCE GOBLE by and through his attorney of record, DAVID A. TORRES hereby request that the Sentencing date currently set for August 23, 2010 be continued to September 13, 2010 at 9:00 a.m. or a date convenient to the court and counsel.

Mr. Goble is scheduled to commence school on August 23, 2010 at Bakersfield College. It is imperative that Mr. Goble attend the first day of classes to ensure his enrolment.

Based upon the foregoing, I respectfully request that this matter be continued to September 13, 2010.

1

1  The parties also agree that the delay resulting from the continuance shall be excluded in the
2  interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

4  DATED: August 13, 2010
                                          By      /s/ David A. Torres
                                                  DAVID A. TORRES
                                                  Attorney for Defendant,
                                                  Chance Goble

DATED: August 13, 2010
                                          By      /s/ Kimberly A. Sanchez
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant U.S. Attorney,
                                                  Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.  Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A).

IT IS SO ORDERED.

**Dated:   August 13, 2010**               /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

2